**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: SANTOWSKI, RAYMOND S | § Case No. 12-35677 |
| | § |
| | § |
| Debtor(s) | § |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on September 09, 2012. The case was converted to one under Chapter 7 on December 05, 2012. The undersigned trustee was appointed on December 05, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of     $         20,128.07

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 6,153.43 |
| Bank service fees | 185.35 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 6,992.93 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 6,796.36 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 11/12/2013 and the deadline for filing governmental claims was 11/12/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,063.51. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $1,814.77, for a total compensation of $1,814.77.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/12/2015      By: /s/EUGENE CRANE
                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35677  
**Case Name:** SANTOWSKI, RAYMOND S

**Period Ending:** 05/12/15

**Trustee:** (330350) EUGENE CRANE  
**Filed (f) or Converted (c):** 12/05/12 (c)  
**§341(a) Meeting Date:** 01/08/13  
**Claims Bar Date:** 11/12/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1109 Duxbury Lane, Schaumburg, IL 60193 -- Singl<br>Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2 | 5 Woodcrest Lane, Elk Grove, IL 60007<br>Imported from original petition Doc# 1 | 125,000.00 | 0.00 | | 0.00 | FA |
| 3 | 305 W. State Line, South Fulton, TN -- Single fa<br>Imported from original petition Doc# 1 | 20,000.00 | 20,000.00 | | 20,128.07 | FA |
| 4 | Cash<br>Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5 | Money in checking account at MB Bank.<br>Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6 | Money in checking account at Elk Grove Bank.<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | Books & Pictures<br>Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Clothing<br>Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding ring & watches<br>Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 11 | Whole life insurance policy<br>Imported from original petition Doc# 1 | 10,000.00 | 800.00 | | 0.00 | FA |
| 12 | Funds held in escrow at First American Title Ins<br>Imported from original petition Doc# 1 | 84,000.00 | 82,600.00 | | 0.00 | FA |
| 13 | Law licenses (Illinois)<br>Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14 | 2000 Dodge Van<br>Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 14 | **Assets    Totals** (Excluding unknown values) | **$395,200.00** | **$103,400.00** | | **$20,128.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

04/30/2015: Checked tax liability with accountant; no returns necessary below filing level.  Will prepare Final Report (dk)

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-35677  
**Case Name:** SANTOWSKI, RAYMOND S  

**Trustee:** (330350)   EUGENE CRANE  
**Filed (f) or Converted (c):** 12/05/12 (c)  
**§341(a) Meeting Date:** 01/08/13  

**Period Ending:** 05/12/15  

**Claims Bar Date:** 11/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

03/31/2015: Reviewed claims, will file final tax return then close case (dk)

02/25/2014: Discovered that escrow account proceeds belong to Debtor's ex-wife per divorce settlement . Will prepare case for closing. (dk)

09/30/2013: Selling Tennessee marital property; proceeds split with ex-wife (dk)

07/09/13: Filed Motion to Employ Counsel; EC needs to prepare Motion to Object to Exemption (dk)

07/01/2013: Discovered marital property in TN and escrow for proceeds of sale of marital property in IL. Debtor's interest to be determined (dk)

**Initial Projected Date Of Final Report (TFR):**   December 31, 2014       **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35677  
**Case Name:** SANTOWSKI, RAYMOND S  
**Taxpayer ID #:** **-***9889  
**Period Ending:** 05/12/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/04/13 | | Whitledge & Assoc PLLC | Proceeds from sale of Tennessee property | | 6,992.94 | | 6,992.94 |
| | {3} | | Gross Proceeds from sale of Tennessee property    20,128.07 | 1110-000 | | | 6,992.94 |
| | | | Real Estate Broker Commission    -1,000.00 | 3510-000 | | | 6,992.94 |
| | | | Lawn Mowing costs    -450.00 | 2420-000 | | | 6,992.94 |
| | | | County Taxes    -2,435.40 | 2820-000 | | | 6,992.94 |
| | | | City taxes    -1,718.80 | 2820-000 | | | 6,992.94 |
| | | | Proceeds to Debtor's wife    -6,992.93 | 8500-002 | | | 6,992.94 |
| | | | Closing costs    -130.00 | 2500-000 | | | 6,992.94 |
| | | | Obion County taxes    -408.00 | 2820-000 | | | 6,992.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,982.94 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.04 | 6,971.90 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.36 | 6,961.54 |
| 02/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #12-35677, Blanket Bond Premium, Bond#016026455 | 2300-000 | | 6.41 | 6,955.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,945.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,935.13 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.64 | 6,924.49 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,914.49 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,904.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.92 | 6,893.57 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,883.57 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.56 | 6,873.01 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.21 | 6,862.80 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,852.80 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 11.16 | 6,841.64 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,831.64 |
| 02/19/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35677, Bond # 10BSBGR6291 | 2300-000 | | 4.82 | 6,826.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,816.82 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.46 | 6,806.36 |

Subtotals :   $6,992.94   $186.58

{} Asset reference(s)  
Printed: 05/12/2015 03:26 PM   V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35677  
**Case Name:** SANTOWSKI, RAYMOND S  

**Taxpayer ID #:** **-***9889  
**Period Ending:** 05/12/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,796.36 |
| | | | **ACCOUNT TOTALS** | | **6,992.94** | **196.58** | **$6,796.36** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **6,992.94** | **196.58** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,992.94** | **$196.58** | |

| | |
|---|---:|
| Net Receipts : | 6,992.94 |
| Plus Gross Adjustments : | 13,135.13 |
| Less Other Noncompensable Items : | 6,992.93 |
| Net Estate : | $13,135.14 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---:|---:|---:|
| **Checking # ******5766** | 6,992.94 | 196.58 | 6,796.36 |
| | **$6,992.94** | **$196.58** | **$6,796.36** |

{} Asset reference(s)            Printed: 05/12/2015 03:26 PM    V.13.23

Exhibit C

ADDENDUM TO SANTOWSKI FINAL REPORT - ADMINISTRATIVELY INSOLVENT

As Trustee I pursue the remedies that may result in dividends for creditors. Sometimes the time and cost involved yields less than what we receive. In this case most of the funds were directed by orders of the divorce court to the Debtor's estranged wife, which is beyond my control.

Exhibit C

## Claims Proposed Distribution

Case: **SANTOWSKI, RAYMOND S**

Page 2 of 2

| Case Balance: | $6,796.36 | | Total Proposed Payment: | $6,796.36 | | Remaining Balance: | $0.00 | |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 4 | Cenlar FSB | Secured | 216,366.99 | 0.00 | 0.00 | 0.00 | 0.00 | 6,796.36 |
| | Claim Memo: Claim was vacated by court order 02/13/2013 | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 101.90 | 101.90 | 0.00 | 101.90 | 89.62 | 6,706.74 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| | Crane, Heyman, Simon, Welch & Clar | Admin Ch. 7 | 5,562.50 | 5,562.50 | 0.00 | 5,562.50 | 4,891.97 | 1,814.77 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | EUGENE CRANE | Admin Ch. 7 | 2,063.51 | 2,063.51 | 0.00 | 2,063.51 | 1,814.77 | 0.00 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| 1P | Internal Revenue Service | Priority | 1,830.24 | 1,830.24 | 0.00 | 1,830.24 | 0.00 | 0.00 |
| | Claim Memo: May have been paid with divorce settlement monies | | | | | | | |
| 1U | Internal Revenue Service | Unsecured | 55.37 | 55.37 | 0.00 | 55.37 | 0.00 | 0.00 |
| 2-2 | Discover Bank | Unsecured | 1,973.03 | 1,973.03 | 0.00 | 1,973.03 | 0.00 | 0.00 |
| | Claim Memo: 08/08/2013 Amendment 2-2 imported by DRK; original claim didn't exist *** | | | | | | | |
| 3 | FIA CARD SERVICES, N.A. | Unsecured | 3,454.12 | 3,454.12 | 0.00 | 3,454.12 | 0.0 | 0.00 |
| 5 | U.S. Department of Education | Unsecured | 41,555.94 | 41,555.94 | 0.00 | 41,555.94 | 0.0 | 0.0 |
| 6 | Portfolio Recovery Associates, LLC | Unsecured | 4,953.39 | 4,953.39 | 0.00 | 4,953.39 | 0.0 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | Unsecured | 7,511.20 | 7,511.20 | 0.00 | 7,511.20 | 0.0 | 0.00 |
| | Total for Case 12-35677 : | | $285,428.19 | $69,061.20 | $0.00 | $69,061.20 | $6,796.36 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $7,727.91 | $7,727.91 | 0.00 | $6,796.36 | 87.945641% |
| Total Priority Claims : | $1,830.24 | $1,830.24 | $0.00 | $0.00 | 0.000000% |
| Total Secured Claims : | $216,366.99 | 0.00 | $0.00 | $0.00 | 0.000000% |
| Total Unsecured Claims : | $59,503.05 | $59,503.05 | $0.00 | $0.00 | 0.000000% |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                   Exhibit D

Case No.:  12-35677
Case Name: SANTOWSKI, RAYMOND S
Trustee Name: EUGENE CRANE

**Balance on hand:**                          $         6,796.36

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Cenlar FSB | 216,366.99 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $         0.00
Remaining balance:                       $     6,796.36

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,063.51 | 0.00 | 1,814.77 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 5,562.50 | 0.00 | 4,891.97 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 101.90 | 0.00 | 89.62 |

Total to be paid for chapter 7 administration expenses:   $     6,796.36
Remaining balance:                                         $         0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $     0.00
Remaining balance:                                             $     0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,830.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1P | Internal Revenue Service | 1,830.24 | 0.00 | 0.00 |
| | Total to be paid for priority claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,503.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1U | Internal Revenue Service | 55.37 | 0.00 | 0.00 |
| 2 -2 | Discover Bank | 1,973.03 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 3,454.12 | 0.00 | 0.00 |
| 5 | U.S. Department of Education | 41,555.94 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 4,953.39 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7,511.20 | 0.00 | 0.00 |
| | Total to be paid for timely general unsecured claims: | | $ | 0.00 |
| | Remaining balance: | | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

    Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ 0.00 |
|---|---|---|
|  | Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**