**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: SANTOWSKI, RAYMOND S | § | Case No. 12-35677 |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>EUGENE CRANE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 S. Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am on 07/21/2015 in Courtroom 615, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Date Mailed:  06/23/2015            By:   /s/Eugene Crane
                                          Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SANTOWSKI, RAYMOND S § Case No. 12-35677
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $   20,128.07 |
| *and approved disbursements of* | $   13,331.71 |
| *leaving a balance on hand of*  [1] | $   6,796.36 |
| **Balance on hand:** | $   6,796.36 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 4 | Cenlar FSB | 216,366.99 | 0.00 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $   0.00 |
| Remaining balance: | $   6,796.36 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - EUGENE CRANE | 2,063.51 | 0.00 | 1,814.77 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 5,562.50 | 0.00 | 4,891.97 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 101.90 | 0.00 | 89.62 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $   6,796.36 |
| Remaining balance: | $   0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,830.24 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 1,830.24 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 59,503.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 55.37 | 0.00 | 0.00 |
| 2 -2 | Discover Bank | 1,973.03 | 0.00 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 3,454.12 | 0.00 | 0.00 |
| 5 | U.S. Department of Education | 41,555.94 | 0.00 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 4,953.39 | 0.00 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7,511.20 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By:   /s/EUGENE CRANE
Trustee

EUGENE CRANE
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Raymond S Santowski  
    Debtor

Case No. 12-35677-JSB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1    User: ccabrales    Page 1 of 2    Date Rcvd: Jun 25, 2015  
                  Form ID: pdf006    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2015.

```
db          +Raymond S Santowski,   1109 Duxbury Lane,   Schaumburg, IL 60193-2619
19416164    +Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
19416167     CITI,   P.O. Box 6000,   The Lakes, NV 89163-6000
19416165    +Cenlar,   P.O. Box 211091,   Egan, MN 55121-2491
19480333    +Cenlar FSB,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
19416166     Chase,   Cardmember Services,   P.O. Box 15153,   Wilmington, DE 19886-5153
19449105    +Erik & Carol White,   5 Woodcrest,   Elk Grove Village, IL 60007-1413
19478133     FIA CARD SERVICES, N.A.,   4161 Piedmont Parkway,   NC4 105 03 14,   Greensboro, NC 27410
19416170    +Knights of Columbus,   1 Columbus Plaza,   New Haven, CT 06510-3326
19416171    +Kuhn, Mitchell, Moss,   111 East Jefferson Ave.,   Naperville, IL 60540-4791
19416172    +Law office of Laura M. Urbik Kern,   386 N. York Road,   Suite 204,   Elmhurst, IL 60126-2367
19416173    +Mb Financial Bank,   6111 N River Rd,   Rosemont, IL 60018-5111
19416174    +Medical Center Dental Associates,   901 W. Biesterfield,   Suite 104,
              Elk Grove Village, IL 60007-3393
19874213   ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 41067,
              Norfolk VA 23541)
19597387     U.S. Department of Education,   Direct Loan Servicing Center,   P.O. Box 5609,
              Greenville, TX 75403-5609
19416176     US Dept. of Education,   P.O. Box 530260,   Atlanta, GA 30353-0260
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19416168     E-mail/PDF: mrdiscen@discover.com Jun 26 2015 00:44:57      Discover,   POB 6103,
              Carol Stream, IL 60197-6103
19437414     E-mail/PDF: mrdiscen@discover.com Jun 26 2015 00:44:57      Discover Bank,
              DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
19416169     E-mail/Text: cio.bncmail@irs.gov Jun 26 2015 00:46:57      Internal Revenue Service,
              Centralized Insolvency Ooperations,   POB 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 3
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19480347*    +Cenlar FSB,   C/O,   Pierce & Associates,   1 N. Dearborn Ste 1300,   Chicago, IL 60602-4373
19416175    ##+Nordini & Thompson, LLP,   600 S. Washington, Suite 105,   Naperville, IL 60540-6665
                                                                                 TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2015 at the address(es) listed below:
```
              Dana N O'Brien    on behalf of Creditor   Cenlar FSB dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Eugene   Crane    on behalf of Trustee Eugene   Crane ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Eugene   Crane    ecrane@craneheyman.com,
               il41@ecfcbis.com;jmunoz@craneheyman.com;dkobrynski@craneheyman.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Richard F Doerr    on behalf of Interested Party Tracey   Santowski rdoerr@mevorahlaw.com,
               juliecooper@mevorahlaw.com;Sgibbons@mevorahlaw.com
              Timothy M Hughes    on behalf of Debtor Raymond S Santowski thughes@lavellelaw.com
```

```
District/off: 0752-1           User: ccabrales              Page 2 of 2              Date Rcvd: Jun 25, 2015
                               Form ID: pdf006              Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Toni   Townsend    on behalf of Creditor   Cenlar FSB toni.townsend@pierceservices.com, northerndistrict@atty-pierce.com

      TOTAL: 7