**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: SANTOWSKI, RAYMOND S       § Case No. 12-35677-BSJ
                                  §
                                  §
                                  §
Debtor(s)                         §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    EUGENE CRANE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $375,200.00                     Assets Exempt: $24,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $0.00            Claims Discharged
                                                  Without Payment: $109,822.89

Total Expenses of Administration: $13,135.14

---

    3) Total gross receipts of $ 20,128.07 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 6,992.93 (see **Exhibit 2**), yielded net receipts of $13,135.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $387,593.06 | $216,366.99 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 14,066.69 | 14,066.69 | 13,135.14 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,000.00 | 1,830.24 | 1,830.24 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 107,103.60 | 59,503.05 | 59,503.05 | 0.00 |
| **TOTAL DISBURSEMENTS** | $496,696.66 | $291,766.97 | $75,399.98 | $13,135.14 |

4) This case was originally filed under Chapter 7 on September 09, 2012. The case was pending for 32 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/13/2015            By: /s/EUGENE CRANE
                                       Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 305 W. State Line, South Fulton, TN -- Single fa | 1110-000 | 20,128.07 |
| **TOTAL GROSS RECEIPTS** | | **$20,128.07** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Whitledge & Assoc PLLC | Proceeds to Debtor's wife | 8500-002 | 6,992.93 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$6,992.93** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Cenlar FSB | 4110-000 | 200,500.00 | 216,366.99 | 0.00 | 0.00 |
| NOTFILED | Knights of Columbus | 4110-000 | 9,200.00 | N/A | N/A | 0.00 |
| NOTFILED | Cenlar | 4110-000 | 177,893.06 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$387,593.06** | **$216,366.99** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| EUGENE CRANE | 2100-000 | N/A | 2,063.51 | 2,063.51 | 1,814.77 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 5,562.50 | 5,562.50 | 4,891.97 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 101.90 | 101.90 | 89.62 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Code | | Col1 | Col2 | Col3 |
|---|---|---|---:|---:|---:|
| Whitledge & Assoc PLLC | 3510-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Whitledge & Assoc PLLC | 2420-000 | N/A | 450.00 | 450.00 | 450.00 |
| Whitledge & Assoc PLLC | 2820-000 | N/A | 2,435.40 | 2,435.40 | 2,435.40 |
| Whitledge & Assoc PLLC | 2820-000 | N/A | 1,718.80 | 1,718.80 | 1,718.80 |
| Whitledge & Assoc PLLC | 2500-000 | N/A | 130.00 | 130.00 | 130.00 |
| Whitledge & Assoc PLLC | 2820-000 | N/A | 408.00 | 408.00 | 408.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.04 | 11.04 | 11.04 |
| Rabobank, N.A. | 2600-000 | N/A | 10.36 | 10.36 | 10.36 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 6.41 | 6.41 | 6.41 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.64 | 10.64 | 10.64 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.92 | 10.92 | 10.92 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.56 | 10.56 | 10.56 |
| Rabobank, N.A. | 2600-000 | N/A | 10.21 | 10.21 | 10.21 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 11.16 | 11.16 | 11.16 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Arthur B. Levine Company | 2300-000 | N/A | 4.82 | 4.82 | 4.82 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 10.46 | 10.46 | 10.46 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $14,066.69 | $14,066.69 | $13,135.14 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | 2,000.00 | 1,830.24 | 1,830.24 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,000.00 | $1,830.24 | $1,830.24 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | N/A | 55.37 | 55.37 | 0.00 |
| 2 -2 | Discover Bank | 7100-000 | 2,009.00 | 1,973.03 | 1,973.03 | 0.00 |
| 3 | FIA CARD SERVICES, N.A. | 7100-000 | 3,454.00 | 3,454.12 | 3,454.12 | 0.00 |
| 5 | U.S. Department of Education | 7100-000 | 41,250.00 | 41,555.94 | 41,555.94 | 0.00 |
| 6 | Portfolio Recovery Associates, LLC | 7100-000 | 4,621.00 | 4,953.39 | 4,953.39 | 0.00 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | 7,280.00 | 7,511.20 | 7,511.20 | 0.00 |
| NOTFILED | Kuhn, Mitchell, Moss | 7100-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Mb Financial Bank | 7100-000 | 4,555.00 | N/A | N/A | 0.00 |
| NOTFILED | Law office of Laura M. Urbik Kern | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Medical Center Dental Associates | 7100-000 | 1,400.00 | N/A | N/A | 0.00 |
| NOTFILED | Nordini & Thompson, LLP | 7100-000 | 10,001.60 | N/A | N/A | 0.00 |
| NOTFILED | CITI | 7100-000 | 20,533.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $107,103.60 | $59,503.05 | $59,503.05 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35677-BSJ  **Trustee:** (330350) EUGENE CRANE
**Case Name:** SANTOWSKI, RAYMOND S  **Filed (f) or Converted (c):** 12/05/12 (c)
 **§341(a) Meeting Date:** 01/08/13
**Period Ending:** 08/13/15  **Claims Bar Date:** 11/12/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  1109 Duxbury Lane, Schaumburg, IL 60193 -- Singl<br>   Imported from original petition Doc# 1 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2  5 Woodcrest Lane, Elk Grove, IL 60007<br>   Imported from original petition Doc# 1 | 125,000.00 | 0.00 | | 0.00 | FA |
| 3  305 W. State Line, South Fulton, TN -- Single fa<br>   Imported from original petition Doc# 1 | 20,000.00 | 20,000.00 | | 20,128.07 | FA |
| 4  Cash<br>   Imported from original petition Doc# 1 | 50.00 | 0.00 | | 0.00 | FA |
| 5  Money in checking account at MB Bank.<br>   Imported from original petition Doc# 1 | 150.00 | 0.00 | | 0.00 | FA |
| 6  Money in checking account at Elk Grove Bank.<br>   Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Household goods<br>   Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 8  Books & Pictures<br>   Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9  Clothing<br>   Imported from original petition Doc# 1 | 2,000.00 | 0.00 | | 0.00 | FA |
| 10  Wedding ring & watches<br>   Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 11  Whole life insurance policy<br>   Imported from original petition Doc# 1 | 10,000.00 | 800.00 | | 0.00 | FA |
| 12  Funds held in escrow at First American Title Ins<br>   Imported from original petition Doc# 1 | 84,000.00 | 82,600.00 | | 0.00 | FA |
| 13  Law licenses (Illinois)<br>   Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 14  2000 Dodge Van<br>   Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| **14  Assets   Totals** (Excluding unknown values) | **$395,200.00** | **$103,400.00** | | **$20,128.07** | **$0.00** |

**Major Activities Affecting Case Closing:**

06/22/2015: TFR filed with Court; Final Hearing on 07/21 (dk)

Printed: 08/13/2015 02:31 PM    V.13.23

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-35677-BSJ  **Trustee:** (330350)  EUGENE CRANE
**Case Name:** SANTOWSKI, RAYMOND S  **Filed (f) or Converted (c):** 12/05/12 (c)
   **§341(a) Meeting Date:** 01/08/13
**Period Ending:** 08/13/15  **Claims Bar Date:** 11/12/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

05/13/2015: TFR filed with USTO for review (dk)

06/22/2015: TFR filed with Court; Final Hearing on 07/21 (dk)

05/13/2015: TFR filed with USTO for review (dk)

04/30/2015: Checked tax liability with accountant; no returns necessary below filing level.  Will prepare Final Report (dk)

03/31/2015: Reviewed claims, will file final tax return then close case (dk)

02/25/2014: Discovered that escrow account proceeds belong to Debtor's ex-wife per divorce settlement .  Will prepare case for closing. (dk)

09/30/2013: Selling Tennessee marital property; proceeds split with ex-wife (dk)

07/09/13: Filed Motion to Employ Counsel; EC needs to prepare Motion to Object to Exemption (dk)

07/01/2013: Discovered marital property in TN and escrow  for proceeds of sale of marital property in IL.  Debtor's interest to be determined (dk)

**Initial Projected Date Of Final Report (TFR):**    December 31, 2014          **Current Projected Date Of Final Report (TFR):**    June 22, 2015  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-35677-BSJ  
**Case Name:** SANTOWSKI, RAYMOND S  

**Taxpayer ID #:** **-***9889  
**Period Ending:** 08/13/15  

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|---|
| 11/04/13 | | Whitledge & Assoc PLLC | Proceeds from sale of Tennessee property | | | 6,992.94 | | 6,992.94 |
| | {3} | | Gross Proceeds from sale of Tennessee property | 20,128.07 | 1110-000 | | | 6,992.94 |
| | | | Real Estate Broker Commission | -1,000.00 | 3510-000 | | | 6,992.94 |
| | | | Lawn Mowing costs | -450.00 | 2420-000 | | | 6,992.94 |
| | | | County Taxes | -2,435.40 | 2820-000 | | | 6,992.94 |
| | | | City taxes | -1,718.80 | 2820-000 | | | 6,992.94 |
| | | | Proceeds to Debtor's wife | -6,992.93 | 8500-002 | | | 6,992.94 |
| | | | Closing costs | -130.00 | 2500-000 | | | 6,992.94 |
| | | | Obion County taxes | -408.00 | 2820-000 | | | 6,992.94 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,982.94 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.04 | 6,971.90 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.36 | 6,961.54 |
| 02/05/14 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2013 FOR CASE #12-35677, Blanket Bond Premium, Bond#016026455 | | 2300-000 | | 6.41 | 6,955.13 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,945.13 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,935.13 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.64 | 6,924.49 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,914.49 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,904.49 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.92 | 6,893.57 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,883.57 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.56 | 6,873.01 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.21 | 6,862.80 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,852.80 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 11.16 | 6,841.64 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,831.64 |
| 02/19/15 | 102 | Arthur B. Levine Company | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #12-35677, Bond # 10BSBGR6291 | | 2300-000 | | 4.82 | 6,826.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.00 | 6,816.82 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | | 2600-000 | | 10.46 | 6,806.36 |

Subtotals :       $6,992.94       $186.58

{} Asset reference(s)                    Printed: 08/13/2015 02:31 PM    V.13.23

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-35677-BSJ  
**Case Name:** SANTOWSKI, RAYMOND S  

**Taxpayer ID #:** **-***9889  
**Period Ending:** 08/13/15

**Trustee:** EUGENE CRANE (330350)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5766 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 6,796.36 |
| 07/21/15 | 103 | EUGENE CRANE | Dividend paid 87.94% on $2,063.51, Trustee Compensation; Reference: | 2100-000 | | 1,814.77 | 4,981.59 |
| 07/21/15 | 104 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 87.94% on $5,562.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 4,891.97 | 89.62 |
| 07/21/15 | 105 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 87.94% on $101.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 89.62 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,992.94 | 6,992.94 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,992.94 | 6,992.94 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,992.94** | **$6,992.94** | |

```
            Net Receipts :        6,992.94
       Plus Gross Adjustments :  13,135.13
Less Other Noncompensable Items :  6,992.93
                                _____
                Net Estate :    $13,135.14
```

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******5766** | 6,992.94 | 6,992.94 | 0.00 |
| | **$6,992.94** | **$6,992.94** | **$0.00** |

{} Asset reference(s)